**DISMISS; Opinion issued February 13, 2013**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-00481-CV**

## LISA WALLER, Appellant

V.

## JP MORGAN CHASE BANK, N.A., Appellee

On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-02055

**OPINION**

Before Chief Justice Wright and Justices Lang-Miers and Lewis

The Court has before it appellant's January 25, 2013 motion to dismiss. *See* TEX. R. APP. P. 42.1(a). The Court **GRANTS** the motion and **DISMISSES** the appeal.

PER CURIAM

120481F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LISA WALLER, Appellant

No. 05-12-00481-CV          V.

JP MORGAN CHASE BANK, N.A.,
Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-02055.
Opinion delivered per curiam before Chief
Justice Wright and Justices Lang-Miers and
Lewis.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JP MORGAN CHASE BANK, N.A. recover its costs of this appeal from appellant LISA WALLER.

Judgment entered February 13, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE